IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE MENARDO MCKINNON,
    Plaintiff,

vs.                                         Case No.: 3:18cv1191/LAC/EMT

SERGEANT B. HULLETT, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 16, 2019 (ECF No. 103). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants Centurion and Nurse Williams' motion to dismiss (ECF No. 93) is **GRANTED,** and Plaintiff's federal and state law claims against Centurion and Nurse Williams are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** this 14th day of August, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**