IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE MENARDO MCKINNON,
    Plaintiff,

vs.                                         Case No.: 3:18cv1191/LAC/EMT

B. HULLETT, et al.,
    Defendants.
_____/

# O R D E R

The Chief Magistrate Judge filed a Report and Recommendation on February 20, 2020 (ECF No. 133). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The Chief Magistrate Judge's Report and Recommendation (ECF No. 133) is adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment (ECF No. 125) is **GRANTED IN PART AND DENIED IN PART** as follows:

  a. Defendants' motion for summary judgment is **GRANTED** as to Plaintiff's claims against Defendants Gaskins, Jones, and Clemmons;

  b. Defendants' motion for summary judgment is **DENIED** as to Plaintiff's claims for monetary damages against Defendants Tuttle, Jackson, Hullett, Scheier, and Carrico in their individual capacities based upon their 30–40-minute delay in taking Plaintiff for **initial** medical treatment;

  c. Defendants' motion for summary judgment is **GRANTED** as to Plaintiff's claims for monetary damages against Defendants Tuttle, Jackson, Hullett, Scheier, and Carrico in their individual capacities based upon their conduct **after** they took Plaintiff for initial medical treatment;

  d. Defendants' motion for summary judgment is **GRANTED** as to Plaintiff's claims for monetary damages against Defendants in their official capacities;

  e. Defendants' motion for summary judgment is **GRANTED** as to Plaintiff's claims for a permanent injunction;

 3. This case is recommitted to the Chief Magistrate Judge for pre-trial proceedings on Plaintiff's claims for monetary damages against Defendants Tuttle,

Jackson, Hullett, Scheier, and Carrico in their individual capacities based upon their 30–40-minute delay in taking Plaintiff for initial medical treatment.

**DONE AND ORDERED** this 20th day of March, 2020.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:18cv1191/LAC/EMT